Harold F. RICE, Plaintiff–Appellant,

v.

Benjamin J. CAYETANO, Governor of
the State of Hawaii; Mazie K. Hirono,
Lieutenant Governor of the State of
Hawaii, Defendants–Appellees.

No. 97–16095.

United States Court of Appeals,
Ninth Circuit.

Filed April 5, 2000

Before: BROWNING, BRUNETTI,
and RYMER, Circuit Judges.

**ORDER**

Pursuant to the mandate of the United
States Supreme Court certified on March
14, 2000, in *Rice v. Cayetano*, —— U.S.
——, 120 S.Ct. 1044, 145 L.Ed.2d 1007, we
vacated our opinion at 146 F.3d 1075 (9th
Cir.1998), reverse the district court, and
remand for further proceedings which are
consistent with the opinion of the Supreme
Court.